1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

MAR − 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  23-MJ-1001-1 |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. |  |
| DENIS GINCESCU, |  |
| Defendant. |  |

I.

On March 3, 2023, Defendant, assisted by a Romanian language interpreter, made his initial appearance on the criminal complaint filed in this matter. John Robertson, a member of the Indigent Defense Panel, was appointed to represent Defendant. Defendant submitted on the recommendation of detention in the report prepared by Pretrial Services.

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ No legal status in the United States (visa previously issued in 2012 was revoked in 2015)
- ☒ Foreign Ties - Family ties to Moldova and Germany; owns property in Moldova
- ☒ No ties to the Central District of California; no stable residence
- ☒ Lack of bail resources
- ☒ Unverified background information
- ☒ Criminal History includes 2015 theft conviction for which there is an outstanding warrant for violations of probation

As to danger to the community:

- ☒ Defendant poses an economic danger given allegations in the criminal complaint which include possession and use of cloned Electronic Benefit Transfer (debit) cards to check the balance of funds in the accounts of individual victims that contained funds from the Cal Fresh and CalWORKS programs.
- ☒ criminal history includes 2015 theft conviction
- ☒ outstanding warrant for probation violation

## V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for

confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: March 3, 2023

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE